UNITED STATES of America, Plaintiff–Appellee,

v.

Jeffrey Roy CROSBY, Defendant–Appellant.

No. 00–7560.

United States Court of Appeals, Fourth Circuit.

Submitted March 13, 2001.

Decided March 23, 2001.

Jeffrey Roy Crosby, pro se. Nancy Chastain Wicker, Columbia, SC, for appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jeffrey Roy Crosby seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error.* Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district

---

* We have confined our review to those issues raised in Appellant's informal brief, 4th Cir.R. 34(b), and to the extent Appellant seeks to raise claims not first presented to the district court, we decline to review such claims.

court. *United States v. Crosby*, Nos. CR–96–361; CA–99–1835–4 (D.S.C. Oct. 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*